UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>    Plaintiff,<br><br>    v.<br><br>KINGS COUNTY JAIL; WENDY BATCHELOR; NAEEM SIDDIQI,<br><br>    Defendants. | Case No.  1:20-cv-203-DAD-HBK<br><br>ORDER DIRECTING CLERK TO COMPLETE SERVICE FORMS WITH CONFIDENTIAL ADDRESSES OF DEFENDANTS<br><br>ORDER PERMITTING DEFENDANTS TO WAIVER SERVICE<br><br><br>(Doc. No.  23) |

Plaintiff John Reyna—a prisoner in Kings County Jail—is proceeding on his Civil Rights Complaint (Doc. No. 1) *pro se* and *in forma pauperis*.  The previous assigned magistrate judge screened the Complaint and found it stated a cognizable claim off medical deliberate indifference against Defendants.  (Doc. No. 6).  Pursuant to the Court's December 21, 2021 Order (Doc. No. 21), NaphCare, Inc. provided the last known address of record to the Clerk for service of process on their employees, Defendants Wendy Batchelor and Naeem Siddiqi, who remain unserved. (Doc. No. 23).

Accordingly, it is hereby **ORDERED**:

1. The **Clerk** shall fill in the appropriate fields in a Waiver of Service of Summons forms for Batchelor and Siddiqi.

2. Within ten (10) days of the date of this Order, the **Clerk** shall send **via mail** to Batchelor and Siddiqi —at the addresses provided by NaphCare, Inc.—the following:  the Civil Rights Complaint (Doc. 1); the July 7, 2020 Screening Order (Doc. No. 6);  a Notice of Lawsuit and Request for Waiver of Service of Summons; a Waiver of Service of Summons form; and this Order.  The **Clerk** shall fill in the date of mailing in the Notice of Lawsuit and Request for Waiver of Service of Summons and send a stamped, self-addressed envelope to return the Waiver of Service of Summons form to the Court.  All costs of mailing shall be advanced by the United States.

3. Batchelor and Siddiqi each shall have **thirty (30) days** from the date that the Waiver of Service of Summons form was mailed to return it if he chooses to do so.  If Batchelor and Siddiqi choose to return the Waiver of Service of Summons, each should use the addressed, stamped envelope provided.

4. If Batchelor and Siddiqi return the Waiver of Service of Summons form, each shall have **sixty (60) days** from the date that the Waiver of Service of Summons form was mailed in which to answer or otherwise respond to the Complaint.

5. If either Batchelor or Siddiqi do not return the Waiver of Service of Summons form within thirty (30) days from the date it was mailed, **the U.S. Marshal** thereafter will be directed to personally serve that defendant.  That defendant will bear the cost of personal service as set forth in the Federal Rules of Civil Procedure.[1]  That defendant thereafter shall have **twenty-one (21) days** from the date of personal service of process in which to answer or otherwise respond to the Complaint.

Dated:   February 15, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Rule 4 makes clear that a defendant "has a duty to avoid unnecessary expenses of serving the summons."  Fed. R. Civ. P. 4(d)(1).  Further, if a defendant fails to waive service, without good cause, the Court "must impose" the expenses incurred in effectuating service.  *Id*. at 4(d)(2).