UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>            Plaintiff,<br><br>      v.<br><br>KINGS COUNTY JAIL; WENDY BATCHELOR; NAEEM SIDDIQI,<br><br>            Defendants. | Case No.  1:20-cv-203-DAD-HBK<br><br>ORDER DIRECTING CLERK TO COMPLETE SERVICE FORMS WITH ADDRESS PROVIDED BY DEFENDANT<br><br>ORDER PERMITTING DEFENDANT TO WAIVER SERVICE<br><br><br>(Doc. No.  23) |

Plaintiff John Reyna—a prisoner in Kings County Jail—is proceeding on his Civil Rights Complaint (Doc. No. 1) *pro se* and *in forma pauperis*. The previous assigned magistrate judge screened the Complaint and found it stated a cognizable claim of medical deliberate indifference against Defendants. (Doc. No. 6). Pursuant to the Court's December 21, 2021, Order (Doc. No. 21), NaphCare, Inc. provided the last known address of record to the Clerk for service of process on one of their employees, Defendant Wendy Batchelor, who remains unserved. (Doc. No. 23). This Court issued an order (Doc. No. 250) directing the Clerk to complete service forms with confidential addresses of Defendant Bachelor. On March 15, 2022, the service forms were returned as undeliverable. *See generally* docket. On March 17, 2022, the Clerk made telephonic contact with Defendant Batchelor, who provided the Clerk with an address for her attorney.

Accordingly, it is hereby **ORDERED**:

1. The **Clerk** shall fill in the appropriate fields in a Waiver of Service of Summons forms for Batchelor.

2. Within ten (10) days of the date of this Order, the **Clerk** shall send **via mail** to Batchelor's attorney—at the addresses provided by Batchelor—the following: the Civil Rights Complaint (Doc. 1); the July 7, 2020 Screening Order (Doc. No. 6); a Notice of Lawsuit and Request for Waiver of Service of Summons; a Waiver of Service of Summons form; and this Order. The **Clerk** shall fill in the date of mailing in the Notice of Lawsuit and Request for Waiver of Service of Summons and send a stamped, self-addressed envelope to return the Waiver of Service of Summons form to the Court. All costs of mailing shall be advanced by the United States.

3. Batchelor shall have **thirty (30) days** from the date that the Waiver of Service of Summons form was mailed to return it if she chooses to do so. If Batchelor choose to return the Waiver of Service of Summons, she should use the addressed, stamped envelope provided.

4. If Batchelor returns the Waiver of Service of Summons form, she shall have **sixty (60) days** from the date that the Waiver of Service of Summons form was mailed in which to answer or otherwise respond to the Complaint.

5. If Batchelor does not return the Waiver of Service of Summons form within thirty (30) days from the date it was mailed, **the U.S. Marshal** thereafter will be directed to personally serve defendant. Defendant will bear the cost of personal service as set forth in the Federal Rules of Civil Procedure[1] and thereafter shall have **twenty-one (21) days** from the date of personal service of process in which to answer or otherwise respond to the Complaint.

Dated:   March 23, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Rule 4 makes clear that a defendant "has a duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1). Further, if a defendant fails to waive service, without good cause, the Court "must impose" the expenses incurred in effectuating service. *Id*. at 4(d)(2).