UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>    Plaintiff,<br><br>    v.<br><br>KINGS COUNTY JAIL, WENDY BATCHELOR, and NAEEM SIDDIQI,<br><br>    Defendants. | Case No. 1:20-cv-00203-ADA-HBK (PC)<br><br>ORDER TO PROVIDE COURTESY PAPER COPY<br><br>(Doc. No. 40)<br><br>FOURTEEN DAY DEADLINE |

    Pending before the Court is Defendants' Batchelor and Siddiqi's motion for summary judgment and Defendant King County's motion for summary judgment. (Doc. Nos. 40, 41). Plaintiff timely filed oppositions to both motions. (Doc. Nos. 43, 44). Defendants respectively filed a reply and Plaintiff filed a sur-reply. (Doc. Nos. 45-47). The motions are deemed submitted on the record. Local Rule 230(l).

    The Local Rules of this Court require a party that electronically files a document excluding exhibits in excess of 25 pages or with attachments in excess of 50 pages to provide a courtesy paper copy of the document to the appropriate chambers. L.R. 133(f). Here Defendants Batchelor and Siddiqi's motion for summary judgment with attachments is more than 50 pages. Thus, if they have not already done so, Defendants are ordered to provide a courtesy paper copy of their motion for summary judgment (Doc. No. 40) with all attachments.

Accordingly, it is **ORDERED**:

Within fourteen (14) days of the date on this Order, if they have not already done so, Defendants Batchelor and Siddiqi shall deliver to the Clerk of Court a courtesy paper copy of Defendants' motion for summary judgment (Doc. Nos. 40) marked to the attention of: Judge Barch-Kuchta's chambers.

Dated:   September 26, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE